# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**RAMTAHAL NARANGRA NAUGHT,**

    **Petitioner,**

v.     No. CV 11-0160 JP/LAM

**ERIC HOLDER, et al.,**

    **Respondents.**

## ORDER

**THIS MATTER** having come before the Court on Petitioner's Fee Waiver Request (*Doc. 3*), filed February 17, 2011, construed herein as motion to proceed *in forma pauperis*, and the Court being fully advised;

**IT IS HEREBY ORDERED** that the motion (*Doc. 3*) is hereby **GRANTED**, and Petitioner may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

**IT IS SO ORDERED.**

                                                             **LOURDES A. MARTÍNEZ**
                                                             **UNITED STATES MAGISTRATE JUDGE**