**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**RAMTAHAL NARANGRA NAUGHT,**

      **Petitioner,**

**v.**                                                                                                    **No. CV 11-0160 JP/LAM**

**ERIC HOLDER, et al.,**

      **Respondents.**

### ORDER

**THIS MATTER** is before the Court on Petitioner's *Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1)*, filed on February 17, 2011. Pursuant to rules governing habeas corpus proceedings, the Court will order an answer to the petition. In addition, the Court will order the Clerk to change the docket to reflect that the warden of Petitioner's detention facility is the properly-named sole Respondent in this proceeding. *See Rumsfeld v. Padilla,* 542 U.S. 426, 434-35 (2004) (explaining that the proper respondent to a habeas petition is the person who has custody over the petitioner).

**IT IS THEREFORE ORDERED** that the Clerk is directed to change the docket to reflect that Ray Terry, Warden, is the sole named Respondent in this matter;

**IT IS FURTHER ORDERED** that the Clerk is directed to forward copies of this Order to Respondent Ray Terry, Warden, at Otero County Processing Center, 26 McGregor Range Rd., Chaparral, NM 88081, and to the United States Attorney for the District of New Mexico, with copies of the *Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1)* and supporting papers and exhibits, if any;

**IT IS FURTHER ORDERED** that Respondent Terry shall answer Petitioner's *Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1)* **within twenty-three days** from entry of this Order.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**